**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eustrojio CASAS–GOROSTIETA,
aka Carlos Guerrero–Garcia,
Defendant—Appellant.**

**No. 02–10067.**

**D.C. No. CR–01–00860–EHC.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

3. *Id.*

4. *United States v. Vallejo,* 237 F.3d 1008, 1024 (9th Cir.2001).

5. *United States v. de Cruz,* 82 F.3d 856, 868 (9th Cir.1996).

Submitted July 21, 2003.*

Decided July 28, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Eustrojio Casas–Gorostieta appeals his conviction and 63–month sentence following a guilty-plea for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a).

Casas–Gorostieta's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that he failed to discover any arguable issues on appeal. Casas–Gorostieta has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

